**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **XR COMMUNICATIONS LLC,**<br>　　　　*Plaintiff*,<br><br>-v-<br><br>**AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC,<br>EERO LLC,**<br>　　　　*Defendants*. | § § § § § § § § § § | **6:21-CV-00619-ADA** |
| **XR COMMUNICATIONS LLC,**<br>　　　　*Plaintiff*,<br><br>-v-<br><br>**APPLE INC.,**<br>　　　　*Defendant*. | § § § § § § § § § § | **6:21-CV-00620-ADA** |
| **XR COMMUNICATIONS LLC,**<br>　　　　*Plaintiff*,<br><br>-v-<br><br>**ASUSTEK COMPUTER INC.,**<br>　　　　*Defendant*. | § § § § § § § § § § | **6:21-CV-00622-ADA** |
| **XR COMMUNICATIONS LLC**<br>　　　　*Plaintiff*,<br><br>-v-<br><br>**CISCO SYSTEMS, INC., MERAKI, LLC,**<br>　　　　*Defendants*. | § § § § § § § § § § | **6:21-CV-00623-ADA** |
| **XR COMMUNICATIONS LLC**<br>　　　　*Plaintiff*,<br><br>-v-<br><br>**GOOGLE LLC,**<br>　　　　*Defendant*. | § § § § § § § § § § | **6:21-CV-00625-ADA** |

| | | |
|---|---|---|
| **XR COMMUNICATIONS LLC**<br>        *Plaintiff*,<br><br>-v-<br><br>**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD.**,<br>        *Defendants.* | § § § § § § § § § § | **6:21-CV-00626-ADA** |
| **XR COMMUNICATIONS LLC,**<br>        *Plaintiff*,<br><br>-v-<br><br>**DELL INC., DELL TECHNOLOGIES INC.,**<br>        *Defendants.* | § § § § § § § § § § | **6:21-CV-00646-ADA** |
| **XR COMMUNICATIONS LLC,**<br>        *Plaintiff*,<br><br>-v-<br><br>**HP INC.,**<br>        *Defendant.* | § § § § § § § § § § | **6:21-CV-00694-ADA** |
| **XR COMMUNICATIONS LLC,**<br>        *Plaintiff*,<br><br>-v-<br><br>**MICROSOFT CORPORATION,**<br>        *Defendant.* | § § § § § § § § § § | **6:21-CV-00695-ADA** |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court finds that the technology in the above-captioned case is exceptionally complex and warrants the appointment of a technical advisor. This case involves U.S. Pat. No. 7,729,728, which is titled "Forced beam switching in wireless communication systems having smart antennas;" 8,289,939, which is titled "Signal communication coordination;" and 10,594,376 and

10,715,235, which are titled "Directed wireless communication." These patents relate to the field of wireless communications technology. The patent is classified in the fields of Telecommunications Having Specific Antenna Arrangement (455/562.1), Multiplex Communications, Contiguous Regions Interconnected by a Local Area Network (370/338), and Radio transmission systems, i.e. using radiation field, Diversity systems / Multi-antenna system, i.e. transmission or reception using multiple antennas, At the transmitting station, Site diversity / Macro-diversity at the transmitting station, for beam forming (H04B 7/0617). The specifications discuss methods and apparatuses which allow a wireless communication system using a smart antenna(s) to selectively cause a receiving device to switch its operative association from one transmitted beam to another available transmitted beam ('728 Patent at Abstract), an access station for wireless communications that is capable of ascertaining that an access point of the multiple access points is receiving a signal and that is adapted to restrain at least one other access point of the multiple access points from transmitting another signal responsive to the ascertaining that the access point is receiving the signal ('939 Patent at Abstract), generating and transmitting a plurality of sequences of symbol via one or more beams, and receiving information from the client devices and modifying at least one of the one or more because based on the received information ('376 Patent at Abstract), determine a set of weighting values based on first signal information and second signal information and generating one or more beam-formed transmission signals based on the set of weighting values for transmission to the remote station ('235 Patent at Abstract). Full appreciation of the parties' upcoming arguments requires a detailed understanding of electrical engineering.[1]

---

[1] This is not a ruling on the skill level of a person of ordinary skill in the art.

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor for the Court in this case.  Given his background and qualifications, the Court is satisfied that Dr. Yi's appointment pursuant to the terms of this Order would assist the Court in this case.  Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 13492 Research Blvd; Ste. 120 – #445
> Austin, TX 78750-2254
> E-mail: josh@joshuayipatentlaw.com

The parties shall send courtesy copies of the following documents no later than one business day after the date of this order or when such documents are filed:

(1) **Briefs, joint claim construction statement, and patents**: In paper form, double-sided, stapled or bound (e.g., 3-ring), to the mailing address above,
(2) **Briefs, exhibits, joint claim construction statement, patents, and tutorial**: In electronic form, on a USB drive, to the mailing address above,
(3) **Word version of the joint claim construction statement**: Via e-mail to the above email address.

If the document was filed with the Court, the copy must include the CM/ECF header.

Dr. Yi will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions.  Dr. Yi may also assist the Court in drafting a claim construction order.

Finally, depending on the needs of the case, Dr. Yi may also assist the Court with motions for summary judgment, *Daubert* motions, trial preparation and rulings, post-trial motions, and any other Court task that requires an appreciation of the complex technology included in the asserted patents.

The parties are **ORDERED** to notify the Court of any conflicts with Dr. Yi within 7 days of this order.

**SIGNED** this 21st day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE