# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00646-ADA |
| | § | |
| DELL TECHNOLOGIES INC., et al. | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on August 05, 2022 at 09:30 AM.

IT IS SO ORDERED this 21st day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE